```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
NAMEL NORRIS,                                                    :
                                                                 :
                                                                 :
                           Plaintiff,                            :     21-cv-1974 (LJL)
                                                                 :
           -v-                                                   :     ORDER
                                                                 :
MR. GREEN LAUNDRY INC. d/b/a MR. GREEN                           :
LAUNDRY and HUANGLIN REALTY CORP.,                               :
                                                                 :
                           Defendants.                           :
                                                                 :
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/28/2021

LEWIS J. LIMAN, United States District Judge:

The Complaint in this case was filed on March 7, 2021. Dkt. No. 1. On June 9, 2021, following an extension of time to respond and an initial pretrial conference on June 9, 2021, Defendants filed a motion to dismiss. Dkt. No. 15. Plaintiff timely filed an Amended Complaint on June 25, 2021. Dkt. No. 20.

Pursuant to Paragraph 3(C) of the Court's Individual Rules of Practice in Civil Cases, the previously-filed motion to dismiss is DENIED as MOOT. The Clerk of Court is respectfully directed to close Dkt. No. 15.

SO ORDERED.

Dated: June 28, 2021  
       New York, New York  
                                            LEWIS J. LIMAN  
                                            United States District Judge